**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01228-RBJ-KLM

MUALIA SALAMO ,

    Plaintiff,

v.

AAFES HQTRS ,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting [Docket No. 13]  Renewed Motion to Dismiss (Opposed) of Judge R. Brooke Jackson entered on September 3, 2015  it is

    ORDERED that this case is dismissed without prejudice. It is

    FURTHER ORDERED that the Defendant shall have their costs by  the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 30th day of September, 2015.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/   A. Thomas

    Deputy Clerk